UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSANNETTE BURROUGHS,

        Plaintiff,

   v.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

Case No. 22-cv-04339-SK

**ORDER SETTING CASE SCHEDULE**

The Court HEREBY SETS the following case schedule:

- The Court HEREBY REFERS this matter to the Court-Sponsored mediation program pursuant to Northern District Alternative Dispute Resolution Local Rule 6. The deadline to conduct alternative dispute resolution is January 31, 2023.
- Further Case Management Conference: The next CMC will be held on February 13, 2023 at 1:30 p.m.
- Close of discovery: January 31, 2023
- Plaintiff's opening trial brief due by: February 24, 2023.
- Defendant's opening and responsive trial brief due by: March 17, 2023.
- Plaintiff's opposition and reply brief due by: March 31, 2023.
- Defendant's reply brief due by: April 14, 2023.
- Bench trial: May 30, 2023 at 9:30 a.m.  The trial will last no more than one day.

**IT IS SO ORDERED**.

Dated: November 1, 2022

_____
SALLIE KIM
United States Magistrate Judge